UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>             Plaintiff,<br><br>     v.<br><br>RALPH DIAZ, *et al.*,<br><br>             Defendants. | Case No.  2:20-cv-01890-KJM-JDP (PC)<br><br>ORDER |

Plaintiff has filed a motion for an extension of time to file an opposition to defendants' motion to revoke his *in forma pauperis* status.  ECF No. 44.  Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 44 is granted.

2. Plaintiff is granted until June 21, 2023, to file an opposition to defendants' motion to revoke his *in forma pauperis* status.

IT IS SO ORDERED.

Dated:   May 19, 2023                                    _____
                                                                      JEREMY D. PETERSON
                                                                      UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2