UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN HAMMLER,

           Plaintiff,

    v.

RALPH DIAZ, *et al.*,

           Defendants.

Case No.  2:20-cv-01890-KJM-JDP (PC)

ORDER

Plaintiff has filed a motion for an extension of time to file objections to the July 18, 2023 findings and recommendations.  ECF No. 56.  Good cause appearing, it is hereby ORDERED that:

    1.  Plaintiff's motion for an extension of time, ECF No. 56 is granted.

    2.  Plaintiff is granted until September 1, 2023, to file objections to the July 18, 2023 findings and recommendations.

    3.  Absent extraordinary circumstances, no further extensions of time will be granted.

IT IS SO ORDERED.

Dated:   August 4, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28