IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLEN HAMMLER,** | Case No. 2:20-cv-01890-KJM-JDP |
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| **RALPH DIAZ, et al.,** | |
| Defendants. | |

Defendants requested that they be allowed 21 additional days, up to and including October 5, 2023, to respond to Plaintiff's objections to this Court's findings and recommendations. This court find that good cause exists to allow Defendants 21 additional days, up to and including October 5, 2023, to respond to Plaintiff's objections to this Court's findings and recommendations. Defendants' motion, ECF No. 60, is granted.

IT IS SO ORDERED.

Dated:  September 6, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE