UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>            Plaintiff,<br><br>    v.<br><br>RALPH DIAZ, *et al.*,<br><br>            Defendants. | Case No. 2:20-cv-01890-KJM-JDP (PC)<br><br>**ORDER**<br><br>GRANTING DEFENDANTS' MOTION TIME TO FILE OBJECTIONS<br><br>ECF No. 72<br><br>OBJECTIONS DUE APRIL 15, 2024 |

       Defendants move for extra time to file objections to the "Findings and Recommendations (ECF 71)." ECF No. 72. However, the court's March 5, 2024 order at ECF No. 71 is not a finding and recommendation; it is a screening order, and screening orders are not dispositive unless they recommend dismissal of a claim or defendant. With that in mind, Federal Rule of Civil Procedure 72 grants parties fourteen days to file objections to non-dispositive orders. Therefore, I construe defendants' motion as a request for an extension of time to file objections under Rule 72 to the court's March 5, 2024 order at ECF No. 71.

       Good cause appearing, it is hereby ORDERED that:

       1. Defendants' motion for an extension of time, ECF No. 72, is construed as a motion for an extension of time to file objections to the court's March 5, 2024 order at ECF No. 71, pursuant to Rule 72.

       2. So construed, defendants' motion, ECF No. 72, is granted.

3.  Defendants shall file their objections by April 15, 2024.

IT IS SO ORDERED.

Dated:    March 20, 2024                              _____
                                                      JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE