1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   **ALLEN HAMMLER,**                          Case No. 2:20-cv-01890-KJM-JDP

13                              Plaintiff,      **[PROPOSED] ORDER GRANTING**
                                                **DEFENDANTS' REQUEST FOR LEAVE**
14        **v.**                                 **TO SUBMIT A LIMITED BRIEF ON**
                                                **THE APPLICABILITY OF THE ALL**
15                                              **WRITS ACT TO PLAINTIFF'S**
                                                **REQUEST FOR INJUNCTIVE RELIEF**
16   **RALPH DIAZ, et al.,**

17                              Defendants.

18

19        On August 19, 2024, the District Court declined to adopt the Magistrate Judge's Findings

20   and Recommendations to deny Plaintiff's request for injunctive relief, and instead ordered the

21   Magistrate Judge to consider the applicability of the All Writs Act. (ECF 86.) Defendants

22   requested the opportunity to submit a limited brief not exceeding five pages on the issue.

23   Defendants' request is **GRANTED**. Defendants are granted three weeks from the date this order

24   was served to prepare said briefing.

25

26

27

28

1

2    IT IS SO ORDERED.

3
     Dated:     September 6, 2024
4                                                    JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28