1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11    ALLEN HAMMLER,                              Case No.  2:20-cv-1890-DC-JDP (P)
12                 Plaintiff,
13          v.                                    ORDER
14    RALPH DIAZ, *et al.*,
15                 Defendants.
16
17          Plaintiff, a state inmate proceeding pro se, has filed a motion requesting that the court
18    order the preservation of a recorded interview.  ECF No. 93.  Plaintiff's motion is denied because
19    defendants already have a general duty to preserve evidence.  *See Ameripride Svcs., Inc. v. Valley*
20    *Indus. Serv., Inc.,* No. CIV-S-00-113 LKK-JFM, 2006 WL 2308442, at *4 (E.D. Cal. Aug. 9,
21    2006) (citing *National Ass'n of Radiation Survivors v. Turnage*, 115 F.R.D. 543, 566-67
22    (N.D.Cal.1987)).  If plaintiff has concerns regarding the preservation, he should send notices to
23    preserve evidence defense counsel.  *See Picozzi v. Nevada*, 2023 WL 11920185, at *2 (D. Nev.
24    April 12, 2023).
25          Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to preserve evidence,
26    ECF No. 93, is denied.
27
28
                                              1

1

2    IT IS SO ORDERED.

3

4    Dated:    March 12, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28