IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLEN HAMMLER,** | Case No. 2:20-cv-01890-DC-JDP (PC) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **RALPH DIAZ, et al.,** | |
| Defendants. | |

For good cause shown,

Defendants' Notice of Motion and Motion to Opt Out of Settlement Conference is GRANTED.  Accordingly, the stay of this action (ECF No. 98) is lifted, and Defendants are directed to file a responsive pleading within thirty days of this order.

IT IS SO ORDERED.

Dated:  May 30, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:20-cv-01890-DC-JDP (PC))