UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN HAMMLER,

Plaintiff,

v.

RALPH DIAZ, et al.,

Defendants.

No.  2:20-cv-1890-DC-JDP (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 106, 110)

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 3, 2025, the magistrate judge filed findings and recommendations which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 110.  Neither party has filed objections to the findings and recommendations, and the time in which to do so has passed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations filed on December 3, 2025 (ECF No. 110) are ADOPTED;

1

2.    Defendants' motion to dismiss, (ECF No. 106), is GRANTED in part, as follows:

    a.    Plaintiff's federal and state law claims against Defendants Ralph Diaz, Goss, Gallagher, T. Dunn, Matta, Waller, and Scott are DISMISSED with leave to amend;

    b.    Plaintiff's state law claim against Defendant Chavez is also DISMISSED with leave to amend; and

    c.    Plaintiff's claims against Defendants Voong, Navarro, and Olson are DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 4(m); and

3.    This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **March 30, 2026**

Dena Coggins
United States District Judge

2