UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br>Plaintiff<br>v.<br>RALPH DIAZ, *et al.*,<br>Defendants. | Case No. 2:20-cv-1890-DC-JDP (P)<br><br>ORDER |

On December 3, 2025, I recommended that defendants' motion to dismiss, ECF No. 106, be granted in part and plaintiff's claims against them be dismissed with leave to amend. ECF No. 110. Those recommendations were adopted on March 31, 2026. ECF No. 113. Additionally, before the recommendations were adopted, plaintiff sought, and received, an extension of time to file an amended complaint. ECF Nos. 111 & 112. It is now August, and plaintiff has not filed an amended complaint. He must show cause, in writing, why this action should not be dismissed for failure to prosecute.

Accordingly, it is ORDERED that, within fourteen days of this order's entry, plaintiff must show cause, in writing, why this action should not be dismissed for failure to prosecute. Plaintiff's proposed amended complaint should be filed alongside any response to this order. If plaintiff fails to comply with this order within the deadline, I will recommend that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: September 3, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE