UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN HAMMLER,

Plaintiff,

v.

RALPH DIAZ, et al.,

Defendants.

Case No. 2:20-cv-1890-DC-JDP (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 115)

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 13, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 115. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 13, 2026, ECF No. 115, are ADOPTED;
2. This action is DISMISSED without prejudice for failure to prosecute for the reasons set

forth in the September 3, 2026 order (ECF No. 114); and

3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: **November 4, 2026**

Dena Coggins
United States District Judge